ACCEPTED
14-14-00832-Cr
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
3/3/2015 6:25:06 PM
CHRISTOPHER PRINE
CLERK

Number 14-14-00832-CR
in the
Court of Appeals
for the
Fourteenth District of Texas
at Houston, Texas

FILED IN
14th COURT OF APPEALS
HOUSTON, TX
03/03/2015
CHRISTOPHER A. PRINE,
CLERK

Number 1415559
In the 230th  District Court
of Harris County, Texas

Thaddeus D. Richardson
*Appellant*
V.
The State of Texas
*Appellee*

Motion to Withdraw as Attorney of Record

Appointed Counsel :
Ellis McCullough
TBN 13501000
4008 Louetta Road #365
Spring, Texas 77388
(281)433-9240

Comes now Ellis McCullough, Counsel for Appellant and moves to withdraw as attorney of record and would show:

Counsel has found no error in the record of the above case and has filed a frivolous brief in conformity with <u>Anders v. California</u>, 386 U. S. 738.

Wherefore Counsel prays that the Court grant him leave to withdraw as attorney of record.

Respectfully Submitted,

<u>/s/Ellis McCullough</u>
Ellis McCullough
TBN 13501000
4008 Louetta Road, #365
Spring, Texas 77388
(281)433-9240

Certificate of Service

I,  the undersigned attorney, do hereby certify that a true copy of the attached instrument has been delivered to all parties as required by law on 03/03/2015.

/s/ Ellis McCullough

Ellis McCullough